ORIGINAL

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| VIRGIL F. LIPTAK a/k/a | § | |
| DESIGNED FINANCIAL | § | |
| SERVICES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adversary No. 03-3590-SAF |
| v. | § | |
| | § | |
| ELIZABETH THORNHILL and | § | |
| SHOWA DENKO | § | |
| AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## Order of Remand

Virgil Liptak removed this proceeding to this court from the 68th

Judicial District Court of Dallas County, Texas. Based on the pleadings

filed by Liptak, and the arguments heard at the status conference of

September 9, 2003, the court finds that the state court dismissed this

proceeding with prejudice in 1995 and that Elizabeth Thornhill was not a

defendant in the state court proceeding.

Order of Remand — Page 1

The court finds that removal of the proceeding is inappropriate. The proceeding is therefore REMANDED to the 68th Judicial District Court of Dallas County, Texas.

Dated the 15th day of September, 2003.

Hon. Steven A. Felsenthal
United States Bankruptcy Judge